IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> SCHNEIDER'S TRUCKING, INC., <br><br> Defendant. | Case No. 11cv08649 <br><br> Judge George W. Lindberg <br><br> Magistrate Judge Arlander Keys |

## PLAINTIFF'S MOTION FOR ENTRY OF AGREED JUDGMENT

Now Comes Plaintiff, Michael Haffner, as Trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Health & Welfare Fund and as Trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Pension Fund and files this Motion For Entry of Agreed Judgment and in support thereof states:

1. Plaintiff filed December 6, 2011 a complaint pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1132(a)(3) to collect delinquent employee benefit fund contributions.

2. Summons and complaint were served December 20, 2011 upon Defendant.

3. Defendant was required to file an answer to the complaint, or otherwise plead, no later than January 10, 2012.

4. As of January 27, 2012, Defendant had neither answered the complaint nor filed an appropriate motion.

5. By its failure to answer the complaint or otherwise plead, Defendant is in default.

6. Rather than proceed with litigation, the parties have entered a Settlement Agreement And Stipulation For Entry Of Agreed Judgment ("Settlement Agreement") which provides for entry of an agreed judgment in favor of Plaintiff in the amount of $11,703.46 plus 3% interest. A copy of the Settlement Agreement, signed by Plaintiff and Defendant's Secretary, is attached hereto.

WHEREFORE, for the foregoing reasons, Plaintiff requests that the Court enter Judgment in favor of Plaintiff in the amount of $11,703.46 plus 3% interest.

Respectfully submitted,

s/ *Martin P. Barr*
Martin P. Barr, attorney for Plaintiffs

CARMELL CHARONE WIDMER
  MOSS & BARR
One E. Wacker Drive
Suite 3300
Chicago, Illinois 60601
(312) 236-8033

Dated: January 27, 2012

# CERTIFICATE OF SERVICE

Martin P. Barr, an attorney, states that a copy of the foregoing **Plaintiff's Motion For Entry of Agreed Judgment** has been served by facsimile and regular mail on the party indicated below by depositing the same in the U.S. mail chute at 1 E. Wacker Dr., Chicago, Illinois, before 5:00 p.m. on this 27th day of January, 2012.

> Fred Schneider
> Schneider Trucking, Inc.
> 23343 W. Wall St.
> P. O. Box 216
> Lake Village, IL  60046
> Fax:  (847) 395-9356

                                          s/ *Martin P. Barr*
                                             Martin P. Barr